**Electronically Filed
Supreme Court
SCWC-22-0000129
29-MAY-2024
02:26 PM
Dkt. 22 ODMR**

SCWC-22-0000129

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

PATRICK H. OKI,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000129 and CAAP-21-0000278 (consolidated);
CR. NO. 1PC151000488)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., and
Circuit Judge Castagnetti, in place of Ginoza J., recused, and
Circuit Judge Chang, in place of Devens, J., recused)

Upon consideration of Petitioner/Defendant-Appellant
Patrick H. Oki's motion for reconsideration filed on May 28,
2024, and the record and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, May 29, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Jeannette H. Castagnetti

/s/ Gary W.B. Chang

